UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

CIVIL ACTION NO. 09-30-KSF

DEBRA HAMMONS AND RANDY HAMMONS,
CO-GUARDIANS OF ERIC HAMMONS, a disabled adult          PLAINTIFFS

V.                           **OPINION & ORDER**

THE OHIO CASUALTY INSURANCE CO.                         DEFENDANTS
and WEST AMERICAN INSURANCE CO.

\* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the court on the motion of the plaintiffs, Debra Hammons and Randy Hammons, co-guardians of Eric Hammons, a disabled adult, (collectively, "Plaintiffs") to substitute Eric Hammons as a party and for leave to file an amended complaint.

On March 28, 2001, Plaintiffs filed this case in the Scott Circuit Court against Ronald Cannon, claiming damages resulting from an automobile collision that occurred on March 16, 2008. Cannon was the driver of the automobile involved in the collision, and Eric Hammons was a passenger in that automobile. The Complaint was amended on May 1, 2008, to add claims against West American Insurance Company and The Ohio Casualty Insurance Company ("Defendants"). Both Cannon and Hammons are Kentucky residents and West American and Ohio Casualty are both Ohio corporations. The case was removed to this Court on January 27, 2009, after Plaintiffs settled the claims against Cannon. The Court denied Plaintiffs' Motion to Remand on April 14, 2009, and on May 28, 2009, the Court entered an Opinion & Order denying Defendants' Motion for Declaratory Judgment. Plaintiffs filed this Motion to Substitute Parties and Amend Complaint on

June 11, 2009. Defendants filed a Response on June 22, 2009. Plaintiffs have not filed a Reply and the time for filing one has expired so this matter is ripe for review.[1]

By affidavit, Debra and Randy Hammons represent that Eric Hammons has recovered sufficiently from his injuries to proceed in this action in his own name instead of having them listed in the action as guardians. Defendants do not object to this portion of Plaintiffs' motion so the Court will permit Eric Hammons to be substituted as the Plaintiff, and he will be referred to herein as "Plaintiff."

Plaintiff also asks the Court for leave to file the tendered Second Amended Complaint adding claims for bad faith and for a violation of the Kentucky Unfair Claims Settlement Practices Act. The Court finds that these claims are wholly without merit, and allowing Plaintiff to amend the Complaint to add such claims would be futile because the allegations in the Second Amended Complaint cannot form the basis for a bad faith claim. Defendants had a reasonable basis to deny coverage under its policy, and it was permissible for Defendants to debate the claim. *See Empire Fire & Marine Ins. Co. v. Simpsonville Wrecker Serv., Inc.*, 880 S.W.2d 886, 889-90 (Ky. App. 1994). Further, the other actions Plaintiff lists in Paragraph 10 of his Second Amended Complaint to support the bad faith claim are insufficient to do so.

Accordingly, **IT IS ORDERED**, that the Plaintiffs' motion to Substitute Parties and Amend Complaint [DE 18] is **GRANTED IN PART** an**d DENIED IN PART.** It is granted insofar as Eric Hammons shall be substituted for Debra and Randy Hammons as the plaintiff in this case. It is

---

[1] The Court was waiting to review this Motion so that Plaintiffs had an opportunity to file a Reply to Defendants' Response. Plaintiffs, however, failed to file a Reply within the time allotted and have now filed a Motion for Order asking for a ruling on their Motion to Substitute Parties and Amend Complaint, so the Court will take the Plaintiffs' latest Motion as indication that it will not take advantage of the opportunity given to file a Reply.

denied insofar as Plaintiff may not file the tendered Amended Complaint. Plaintiffs' Motion for an Order [DE 35] is **DENIED AS MOOT**.

This 31st day of August, 2009.

Signed By:
*Karl S. Forester* KSF
United States Senior Judge